**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**IN RE: GERALLYN LONGINO**

**Case 22-40034**

**DEBTOR** § **Chapter 13**

**WITHDRAWAL OF CLAIM**

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Proof of Claim No. 1 in the amount of $1320.00, dated 01/12/2022, which was filed with the Court on 01/12/2022, for Texas Workforce Commission Account No.xxx-xx-8017.

Respectfully submitted, this 12th day of January 2022.

By: /s/ Olatunde Patrick Oyelola
Account Examiner
Texas Workforce Commission